**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARGARITO TEJEDA, an individual, and LUIS TEJEDA, an individual<br><br>Plaintiffs,<br><br>vs.<br><br>NISSAN NORTH AMERICA, INC., a Delaware Corporation,<br><br>Defendant. | Case No.: 5:25-cv-01258-SSC<br><br>*Assigned to: Magistrate Judge Stephanie S. Christensen*<br><br>**~~[PROPOSED]~~ ORDER OF DISMISSAL** |

Based on the stipulation of the parties, and good cause appearing therefore, the stipulation is granted. The entire action, including all claims and counterclaims stated herein against all parties, is hereby ORDERED dismissed with prejudice.

**IT IS SO ORDERED.**

DATE: 9 Oct. 2026 By:______________________________

Hon. Assigned Judge
Stephanie S. Christensen
United States District Judge