JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

MARGARITO TEJEDA, et al.,
Plaintiffs,
v.
NISSAN NORTH AMERICA, INC.,
Defendant.

Case No. 2:25-cv-01258-SSC

JUDGMENT

Pursuant to the Order of Dismissal filed concurrently herewith, **IT IS ADJUDGED** that:

1. The entire action, including all claims and counterclaims stated herein against all parties, is dismissed with prejudice; and
2. The Clerk of Court is directed to close this case.

DATED: October 9, 2026

HONORABLE STEPHANIE S. CHRISTENSEN
UNITED STATES MAGISTRATE JUDGE